**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WILLIAM R. TUBBS
ADC #120585**                                                                                                           **PLAINTIFF**

**V.**                  **CASE No. 5:13CV00377 BSM**

**CORIZON, INC., et al.**                                                                                                    **DEFENDANTS**

## **ORDER**

The partial recommended disposition ("Recommendation") from Magistrate Judge Joe J. Volpe has been reviewed. Plaintiff William Tubbs has not filed objections. After careful review of the Recommendation, as well as a *de novo* review of the record, it is concluded that the Recommendation should be, and hereby is, approved and adopted in all respects in its entirety. Accordingly, Tubbs's claims against Corizon, Inc. are dismissed, without prejudice.

IT IS SO ORDERED this 11th day of April 2014

                                                                                             _____
                                                                                             UNITED STATES DISTRICT JUDGE