**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIAM R. TUBBS                                                                    PLAINTIFF
ADC # 120585

v.                                          5:13CV00377-BSM-JJV

CORIZON, INC.; *et. al.*                                                          DEFENDANTS

<u>**ORDER**</u>

On May 7, 2014, Plaintiff filed an Amended Complaint (Doc. No. 52) which added three officers of the East Arkansas Unit of the Arkansas Department of Correction (ADC) as defendants (*Id.* at 3-4). They are named as Danny Burl, Stewart, and Baird (*Id.*).  After review of Plaintiff's Amended Complaint, the Court finds that service is appropriate for these three defendants. As Plaintiff has not provided the first names of two of these defendants, **the Court asks for the assistance of the Arkansas Department of Correction Compliance Office in perfecting service**. Following are the names and job titles of the defendants as they appear in Plaintiff's Complaint.

i) Warden "Danny Burl," ADC East Arkansas Unit;

ii) Captain "Stewart," ADC East Arkansas Unit;

iii) Captain "Baird," ADC East Arkansas Unit;

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Burl, Stewart, and Baird, and the United States Marshal shall serve a copy of the Summons, Complaint, and Amended Complaint (Doc. Nos. 2, 52) and this Order on defendants without prepayment of fees and costs or security therefore. Service for all defendants should be through Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612.

DATED this 24th day of July, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE