# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WILLIAM R. TUBBS                                                                                        PLAINTIFF
ADC # 120585

v.                                         5:13CV00377-BSM-JJV

CORIZON, INC. *et. al.*                                                                           DEFENDANTS

## ORDER

Per his Amended Complaint, Plaintiff adds a defendant whom he refers to as "John/Jane Doe" (Doc. No. 52 at 4). Plaintiff also lists the defendant's job title as "classifications officer/administrator" (*Id.*). Plaintiff has not, however, provided service information for this defendant. The Court cannot order service on this individual until his or her identity and mailing address are determined. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). In light of the filing date of Plaintiff's Amended Complaint - May 7, 2014 - the Court finds that Plaintiff has been afforded ample time for discovery as to this individual.

Plaintiff shall identify the "Doe" defendant and file a Motion for Service that includes the full name and proper mailing address for him or her within fourteen (14) days.[1]

IT IS SO ORDERED this 24th day of July, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Fed. R. Civ. P. 4(m) Time Limit for Service: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."