**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WILLIAM R. TUBBS,**                                                           **PLAINTIFF**
**ADC # 120585**

**v.**                   **CASE NO. 5:13CV00377-BSM-JJV**

**CORIZON, INC., et al.**                                             **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received, along with objections thereto. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety. Accordingly, plaintiff's motion for temporary restraining order [Doc. No. 135] is denied because he fails to provide evidence that his transfer from the Tucker Unit is imminent or certain.

IT IS SO ORDERED this 2nd day of June 2015.

                                                                                          */s/ Brian S. Miller*
                                                                           UNITED STATES DISTRICT JUDGE