**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WILLIAM R. TUBBS,**                                                                      **PLAINTIFF**
**ADC # 120585**

**v.**                                    **CASE NO. 5:13CV00377-BSM-JJV**

**CORIZON, INC., et al.**                                                                  **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections thereto have been received. After carefully considering the objections and making a *de novo* review of the record, it is concluded the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS, THEREFORE, ORDERED that:

1.      Defendants' motion for summary judgment [Doc. No. 154] is granted.

A.      Plaintiff's cell assignment claims are dismissed with prejudice as time-barred.

B.      Plaintiff's excessive work claims against defendants Griffin, Kelley, Beard, Burl, Stewart, and Green-Davis are dismissed without prejudice for failure to exhaust administrative remedies.

C.      Plaintiff's excessive work claims against defendants Lay, Warner, Glover, and Woods are dismissed with prejudice.

2.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 28th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE