**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIAM R. TUBBS                                                                              PLAINTIFF

v.                                         5:13CV00377-BSM-JJV

CORIZON, INC.; *et al.*                                                                   DEFENDANTS

**ORDER**

William R. Tubbs filed this 42 U.S.C. § 1983 cause of action while incarcerated at the Arkansas Department of Correction Cummins Unit. His Application to Proceed Without Prepayment of Fees ("Application") was granted on December 19, 2013. (Doc. No. 3.) It has come to the Court's attention that he has since been released. (Doc. No. 176.) In order to continue prosecuting this action, he must file an updated Application.

IT IS, THEREFORE, ORDERED that Plaintiff shall file an updated Application to Proceed Without Prepayment of Fees and Affidavit within twenty-one (21) days of the date of this Order's entry. Failure to do so will result in the dismissal of this action without prejudice pursuant to Local Rule 5.5(c)(2).

The Clerk of Court shall forward an Application to Proceed Without Prepayment of Fees and Affidavit to Plaintiff.

So Ordered this 1st day of October, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE