IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM R. TUBBS**                                                                                          **PLAINTIFF**

v.                              **CASE NO. 5:13CV00377-BSM-JJV**

**CORIZON, INC., et al.**                                                                              **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court shall modify the docket to reflect that defendant "Corizon, Inc." is "Corizon, LLC"; Defendant "A. Pevey" is "Amanda Pevey"; and Defendant "Rice" is "Sherie Rice."

2. The defendants' motion for summary judgment [Doc. No. 167] is granted. Defendants Corizon, LLC, Laura Morgan, Amanda Pevey, and all claims against defendant Estella Bland not related to the medical encounter on July 23, 2013, are dismissed without prejudice for failure to exhaust administrative remedies. Defendants Annette Esaw, Sherie Rice, and the claims related to a medical encounter on July 23, 2013, against Defendant Estella Bland are dismissed with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of November 2015.

_____
UNITED STATES DISTRICT JUDGE