# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WILLIAM R. TUBBS**                                                                    **PLAINTIFF**

**v.**                **CASE NO. 5:13CV00377-BSM-JJV**

**CORIZON, INC., et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 3rd day of November 2015.

_____
UNITED STATES DISTRICT JUDGE